No. 356. I. POSNER, INC., ET AL. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 2d Cir. Certiorari denied. *Isidore Drimmer* and *Daniel H. Greenberg* for petitioners. *Acting Solicitor General Spritzer, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for respondent.

No. 361. KAMSLER *v.* H. A. SEINSCHEIMER Co. C. A. 7th Cir. Certiorari denied. Petitioner *pro se. David Jacker* for respondent.

No. 362. MATTHEWS, TRUSTEE IN BANKRUPTCY *v.* JAMES TALCOTT, INC. C. A. 7th Cir. Certiorari denied. *C. Severin Buschmann* for petitioner. *Charles B. Feibleman* and *Gene E. Wilkins* for respondent.

No. 363. PERRY *v.* ZYSSET ET AL. C. A. 7th Cir. Certiorari denied. *George B. Christensen* for petitioner. *Albin C. Ahlberg* and *Warren C. Horton* for respondents.

No. 364. FROEHLICH ET AL. *v.* DISTRICT JUDGES, U. S. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK, ET AL. C. A. 2d Cir. Certiorari denied. *Harold Dublirer* for petitioners. *Acting Solicitor General Spritzer, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Julia P. Cooper* for respondents.

No. 365. LUX ART VAN SERVICE, INC. *v.* POLLARD. C. A. 9th Cir. Certiorari denied. *Sidney Weissberger* for petitioner. *Raymond F. Hayes* for respondent.

No. 370. HAMMONDS ET AL. *v.* CITY OF CORPUS CHRISTI. C. A. 5th Cir. Certiorari denied. *Sidney P. Chandler* for petitioners. *I. M. Singer* for respondent.